40th JUDICIAL DISTRICT COURT of and for ST. JOHN THE BAPTIST PARISH

STATE OF LOUISIANA

NUMBER: 77336            DIVISION: DIV C

CHERYL ANN HARRELL

VERSUS

HOME DEPOT U.S.A., INC. and their liability insurance carrier,
XYZ INSURANCE COMPANY

FILED: _____ DEPUTY CLERK: _____



### PETITION FOR PERSONAL INJURIES AND DAMAGES

TO THE HONORABLE FORTIETH JUDICIAL DISTRICT COURT of and for the Parish of St. John the Baptist, State of Louisiana, comes your petitioner, Cheryl Ann Harrell, for the purpose of petitioning this Honorable Court for personal injuries and damages, who with all due respect for the court represents the following:

I.

That your petitioner, Cheryl Ann Harrell, is a person of the full age of majority and a resident and domiciliary of the Parish of St. John the Baptist, State of Louisiana.

II.

That the defendants to this cause of action are Home Depot U.S.A., Inc, their liability insurance carrier, XYZ Insurance Company. That the defendant, Home Depot U.S.A., Inc., is a foreign business corporation, authorized to do business and was doing business in Louisiana, on or about, prior to and since, November 18, 2020, and can be served through their agent for service, CSC of St. Tammany Parish, Inc. at 417 W. 21st Avenue, Covington, LA 70433. That the defendant, XYZ Insurance Company, is a foreign insurance corporation authorized to do business in Louisiana and was doing business in Louisiana, on or about, prior to and since, November 18, 2020, was the liability insurance carrier for Home Depot U.S.A., Inc.

III.

That the aforesaid defendants, Home Depot U.S.A., Inc., and their liability insurance carrier, XYZ Insurance Company, are justly and truly indebted unto the petitioner, Cheryl Ann Harrell, individually, jointly, severally and in solido, in an amount commensurate with the damages occasioned, together with legal interest from the date of judicial demand and for all costs of these proceedings, for the following enumerated reasons, to-wit:



EXHIBIT A

IV.

That at all times pertinent hereto defendant, Home Depot U.S.A., Inc. was the owner/operator of the property located at 300 W. Airline Highway, LaPlace, Louisiana 70068, On November 18, 2020 at approximately 9:17 a.m., your petitioner, Cheryl Ann Harrell, was a customer at Store Number 378 in the Garden Department when an incident occurred. She ad gathered her items and was going to the checkout stand, at which time the cashier named, Lexus, shouted "I can't believe he is here again. I recognize the truck." Petitioner asked the cashier who was here and she advised, "It's the same guy who stole merchandise from the store yesterday."

V.

Petitioner, Cheryl Ann Harrell, advised the cashier she should call someone concerning this issue, at which time the shoplifter arrived at the checkout counter, attempting to walk out and the cashier, Lexus, yelled, "Not this time, I need to see your receipt!". At this time the shoplifter picked up some items he was attempting to steal and ran to the front door. In his attempt to escape, he struck petitioner on the back and shoulder with an object, shoved her up against a shopping cart, her fingers and arm being shoved and caught in the handle of the shopping cart. Prior to the incident petitioner was just waiting in line to be checked out.

VI.

That your petitioner, Cheryl Ann Harrell, was advised that she would be contacted by the manager of Store 378 after the incident, and she was never once contacted by the defendant, Home Depot U.S.A., Inc., or one of it's agent's to inquire about her condition. Petitioner had offered to write a report after the incident, however was advised by Lexus, the cashier, that they had everything on video and they did not need a report from petitioner. A copy of said video was requested from Store Number 378 and through it's registered agent, all to no avail.

VII.

The defendant, Home Depot U.S.A., Inc., and its agents or assigns, had actual knowledge that there was a dangerous individual in their facilities and should have had a plan in place for the capturing, deterring and arresting of the individual without placing customers, patrons, employees, etc. in harms way.

VIII.

The defendant, Home Depot U.S.A., Inc., failed to the necessary precautions to provide security and safety for its patrons, customers, invitees, etc., by teaching their employees the proper

way to secure shoplifters, thieves, etc

### IX.

That your petitioner, Cheryl Ann Harrell, avers that the proximate cause of the alleged incident and resulting injuries and damages was the negligence of the defendant, Home Depot U.S.A., Inc. which acts of negligence included, but were limited to the following, to-wit:

1) Failing to provide a safe environment for its customers, patrons, invitees, employees;

2) Failing to properly train their employees on the proper shoplifter prevention techniques and detainment of the shoplifters;

3) Failing to provide a sufficient number of security guards, loss prevention employees, to train employees on behavioral indicators of potential shoplifters, and proper instructions on security detailing;

4) Failing to properly warn patrons/customers of dangerous conditions;

5) Failing to take adequate precautions to ensure the safety of its public, patrons and/or invitees by hiring sufficient security details;

6) Failing to adequately control their employees;

7) Negligently breaching its duty to its public, invitees, customers and/or patrons; and,

8) Failing to exercise a reasonable standard or care under the circumstances.

### X.

That at all times pertinent hereto defendant, XYZ Insurance Company, had in full force and effect a policy affording liability insurance coverage to defendant, Home Depot U.S.A., Inc. That your petitioner, Cheryl Ann Harrell, avers that as the insurer of the defendant, Home Depot U.S.A., Inc., the defendant, XYZ Insurance Company, has an obligation and is responsible for their insureds' actions and liabilities

### XI.

That as a result of the accident and negligence of the defendants, Cheryl Ann Harrell, suffered the following injuries: disc fusion C4-5, ACDF C3-4 and C5-6 with some metal artifact partially obscuring those disc, small disc osteophyte complex 6-7 with mild thecal sac effacement, adhesive capsulitis of right shoulder, rib pain, and headaches.

### XII.

That your petitioner, Cheryl Ann Harrell, has suffered and/or will suffer:

a) Past, present, and future medical and medication expenses;

b) Past, present and future pain and suffering;

c) Past, present and future psychological and emotional distress;

d) Past, present and future physical disability; and,

e) Loss of enjoyment of life.

### XIII.

Your petitioner, Cheryl Ann Harrell, avers such damages as are reasonable in the premises.

### XIV.

Petitioner respectfully requests a written notice to her counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule, or trial on the merits in this proceedings pursuant to Louisiana Code of Civil Procedure Article 1572 and plaintiff further requests pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914 immediate notice to her counsel of all interlocutory and final orders and judgments of any exceptions, motions and rules or trial on the merits in these proceedings.

**W H E R E F O R E**, petitioner, Cheryl Ann Harrell, prays:

1) That this petition be deemed good and sufficient;

2) That the same be served upon the defendants named herein in Paragraph II hereof, ordering said defendants to answer the allegations contained herein;

3) That after all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, Cheryl Ann Harrell, and against the defendants, Home Depot U.S.A., Inc. and their liability insurance carrier, XYZ Insurance Company;

4) That such judgment be entered individually, jointly and in solido, in an amount commensurate with the damages, together with legal interest from date of this demand, and for all costs of these proceedings;

5) That this Honorable Court afford the petitioner, Cheryl Ann Harrell, all general and equitable relief as is necessary to fully compensate the plaintiff herein.

Respectfully submitted,

FAUCHEUX LAW FIRM

_____
Robert R. Faucheux, Jr. - Bar # 5468
10900 LA Highway 3125, Suite "H"
Lutcher, LA 70071
Telephone Number: (225) 417-7028
Fax Number: (225) 417-7035

**PLEASE SERVE:**

*Home Depot U.S.A., Inc.*
*Through Their Agent for Service*
*CSC of St. Tammany Parish, Inc.*
417 W. 21st Avenue
Covington, LA 70433

*XYZ Insurance Company.*(Hold Service)